AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

Willie B. Brown, #187795,

        Petitioner,        **SUMMARY JUDGMENT IN A CIVIL CASE**

vs.

        Case Number: 2:06-241-RBH-RSC

Jon Ozmint, Director of SCDC, and
Henry McMaster, Attorney General
of South Carolina,

        Respondents.

**Decision on the Record.** This action came before the court on the record, Honorable R. Bryan Harwell, U.S. District Judge, presiding. The issues have been reviewed and a decision rendered. The Court having adopted the Report and Recommendations of Magistrate Judge Robert S. Carr,

    **IT IS ORDERED AND ADJUDGED** that Summary Judgment is granted as to the Respondents, the Petitioner shall take nothing on his Petition filed pursuant to 28 U.S.C.§2254, and the petition is dismissed.

                LARRY W. PROPES, Clerk

                By s/Susan K. Sanders
                          Deputy Clerk

November 27, 2006